David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ARCHIE L. SCARLETTE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| ARCHIE L. SCARLETTE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCIAL CORPORATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02031-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO AMERICAN HONDA FINANCIAL CORPORATION** |

Plaintiff ARCHIE L. SCARLETTE and Defendant AMERICAN HONDA FINANCIAL CORPORATION hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, **AMERICAN HONDA FINANCIAL CORPORATION**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: February 2, 2018

| | |
|---|---|
| By:<br>/s/*David H. Krieger, Esq.*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>ARCHIE L. SCARLETTE | By:<br>/s/ *Chad C. Butterfield, Esq.*<br>Chad C. Butterfield<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>300 South Fourth Street<br>11th Floor<br>Las Vegas, NV 89101<br>chad.butterfield@wilsonelser.com<br><br>*Attorney for Defendant*<br>AMERICAN HONDA FINANCIAL CORPORATION |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 8th day of February, 2018.